**Electronically Filed
Supreme Court
SCWC-20-0000614
06-JAN-2025
08:06 AM
Dkt. 7 ODAC**

SCWC-20-0000614

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

SAMUEL KUAMO‘O,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP 20-0000614; CASE NO. 1CPC-19-0001029)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Samuel Kuamo‘o's Application for Writ of

Certiorari, filed on November 25, 2024, is hereby rejected.

DATED: Honolulu, Hawai‘i, January 6, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

